AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

FILED US DISTRICT COURT, DISTRICT OF UTAH
JUN 0 2 2020
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

| Central | District of | UTAH |

UNITED STATES OF AMERICA
V.
Jeffrey Watts

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Utah | Northern District of Texas | 2:20mj393 CMR | 4:14cr146Y |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  Indictment    ☐ Information    Complaint    X Other (specify)    Supervised Release

charging a violation of    18    U.S.C. § 1343

**DISTRICT OF OFFENSE**
Northern District of Texas

**DESCRIPTION OF CHARGES:**

Alleged Violations of Supervised Release

**CURRENT BOND STATUS:**
  ☐ Bail fixed at _____ and conditions were not met
  ☐ Government moved for detention and defendant detained after hearing in District of Arrest
  ☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
  ☐ Other (specify)

| Representation: | Retained Own Counsel | X Federal Defender Organization | CJA Attorney | ☐ None |
| Interpreter Required? | X No | Yes | Language: | |

**DISTRICT OF** Northern District of Texas

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 2, 2020                Cecilia M. Romero
Date                        United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |